## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

GARY MITCHELL,

            Plaintiff,

v.

EQUIFAX INFORMATION
SERVICES LLC,

            Defendant.

Case No. 1:25-cv-00135-SCJ-CCB

## [PROPOSED] ORDER GRANTING DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)

Having reviewed Defendant Equifax Information Services LLC's Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6), and for good cause shown, it is hereby

**ORDERED AND ADJUDGED** that the Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) be granted, be **GRANTED**, and that Defendant Equifax Information Services LLC be dismissed from this action.

SO ORDERED this _____ day of _____, 2025.

_____
HONORABLE STEVE C. JONES
United States District Judge